UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:13-CR-9 RLM |
| | ) | |
| DARRIUS D. AGNEW | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 22, 2013 [Doc. No. 25]. Accordingly, the court now ADOPTS those findings and the recommendation, ACCEPTS defendant Darrius Agnew's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 922(j).

SO ORDERED.

ENTERED:  June 18, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court